IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-29-FL

| | | |
|---|---|---|
| GLENN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONY PICTURES ENTERTAINMENT; | ) | ORDER |
| DAVID MCKENZIE; KIM RUSSO; | ) | |
| SCHMID & VOILES; KATHLEEN | ) | |
| McCOLGAN, ESQ.; ROSEN & SABA, | ) | |
| LLP; JAMES ROSEN, ESQ.; and ADELA | ) | |
| CARRASCO, ESQ., | ) | |
| | ) | |
| Defendants. | ) | |

A number of motions are pending in the case, and here the court takes up several, including a motion for an extension of time and one to deem out of time motions timely filed (DE 17), and a motion for entry of default and one for default judgment (DE 18).

Plaintiff, proceeding *pro se*, brings this action complaining of defendants' conduct of or relating to actions taken towards him during employment with Sony Pictures Entertainment, and thereafter. Where the law favors resolution on the merits, taking into consideration the arguments in support of and in opposition to the motion for an extension of time, the court ALLOWS the motion. However, counsel is noticed that delay of his clients in responding to him will not likely afford him good cause for another late entry; however, in this instance under all the circumstances presented, the court deems defendants' response to the complaint, in the form of a motion to dismiss (DE 11) and the companion motion for pre-filing injunction (DE 13) timely filed. These motions

remain pending.

It necessarily must follow then that plaintiff's motion for entry of default must be and is DENIED. The court DISMISSES as MOOT request for default judgment. Separate order will issue on motions remaining.

SO ORDERED, this the 1st day of August, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge