UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GLENN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-29-FL |
| SONY PICTURES ENTERTAINMENT; DAVID McKENZIE; KIM RUSSO; SCMHMID & VOILES; KATHLEEN McCOLGAN, ESQ.; ROSEN & SABA, LLP; JAMES ROSEN, ESQ.; and ADELA CARRASCO, ESQ. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 24, 2014, and for the reasons set forth more specifically therein, that the defendants' motion to dismiss is granted. With all claims arising in this case having been dismissed, the plaintiff shall have and recover nothing from this action. Further, pursuant to the court's order entered September 30, 2014, Plaintiff is enjoined from filing in this district any lawsuit against Defendants Sony Pictures Entertainment Inc.; Kim Russo; Schmid & Voiles; Kathleen McColgan; James Rosen; Rosen Saba LLP; Adela Carasco; David McKenzie; and/or against Sands Anderson PC which lawsuit involves claims related to, or arising out of, Henderson's employment with and/or termination from defendant Sony, or any litigation related thereto, included all matters addressed in any prior North Carolina case, state or federal, without leave of court.

**This Judgment Filed and Entered on September 30, 2014, and Copies To:**
David Loar McKenzie (via CM/ECF Notice of Electronic Filing)
Glenn Henderson (via U.S. Mail) 5952 Cliffdale Road, Fayetteville, NC 28314


September 30, 2014          JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk