IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-29-FL

| | | |
|---|---|---|
| GLENN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONY PICTURES ENTERTAINMENT; | ) | ORDER |
| DAVID MCKENZIE; KIM RUSSO; | ) | |
| SCHMID & VOILES; KATHLEEN | ) | |
| McCOLGAN, ESQ.; ROSEN & SABA, | ) | |
| LLP; JAMES ROSEN, ESQ.; and ADELA | ) | |
| CARRASCO, ESQ., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court upon plaintiff's motion for reconsideration (DE 26). The motion reveals itself as a very intense expression of concern on the part of plaintiff, underscoring the heartfelt nature of the litigation. Plaintiff has plainly spoken in this and other pleadings about his worrisome nature including his severe anxiety issues.

The record developed before the trial court reflects all of plaintiff's feelings and concerns, his thoughtful arguments, forceful advocacy on his own behalf, and deep disappointment with the course of the litigation. This is the record the court above will review where defendant now has filed his notice of appeal (DE 27). To the extent this court has any jurisdiction remaining to rule on the previously filed motion (DE 26), the court must dismiss same for absence of cause as the case proceeds now on to the United States Court of Appeal for the Fourth Circuit.

Plaintiff is very detail oriented and rule adherent, carefully hewing to the law which requires someone representing himself or herself to follow the same rules and order of the court that a lawyer must follow. No doubt based on this record, plaintiff shall proceed forward on his appeal, with continued adherence to the rules of procedure which apply.

Sometimes mental health resources for treatment and assistance also come into play in the court system, especially where a litigant is facing financial difficulty. Take, for example, the Mental Health Project used by the United States Bankruptcy Court for the Eastern District of North Carolina, described at http://www.nceb.uscourts.gov/sites/nceb/files/brochure.pdf. The bankruptcy court, which daily addresses persons with matters of financial concern, publishes this information on its public website to assist those coming before it whose concerns about issues arising in litigation are taking a toll on their health. While this court does not have a similar program, plaintiff may wish to look at resources that court publishes as generally available sources for assistance.

This the 29th day of October, 2014.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge